## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                           **GREENBELT, MARYLAND 20770**
                                                                                                       **301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:   Judge Roger W. Titus

RE:        *United States of America v. Anthony E. Alascio*
              Criminal Case No. RWT 15-0498

DATE:    September 16, 2015

* * * * * * * * *

An Initial Appearance and Arraignment is hereby **SCHEDULED** to take place on **September 18, 2015 at 12:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                          /s/
                                                                          Roger W. Titus
                                                                          United States District Judge