# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                            **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                 **GREENBELT, MARYLAND 20770**
                                                                                                 **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Anthony E. Alascio*
                Criminal No. RWT-15-0498

DATE:       November 30, 2015

* * * * * * * * *

       A telephone status conference is hereby **SCHEDULED** for **December 4, 2015, at 3:00 p.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.


                                                      /s/
                                      Roger W. Titus
                                      United States District Judge