# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                             **GREENBELT, MARYLAND 20770**
                                                                                                           **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Anthony E. Alascio*
                Criminal Case No. RWT 15-0498

DATE:     June 22, 2016

\* \* \* \* \* \* \* \* \*

        The attached letter was received directly in chambers today from the Defendant. I will direct that it be filed by the Clerk of this Court **under seal** because of the nature of the contents thereof. The letter requests the appointment of new counsel, and this is a matter that was addressed in an attorney inquiry hearing yesterday by Chief Magistrate Judge Connelly, who denied the oral request of the Defendant, which is essentially the same as that contained in the attached document. The request for new counsel has already been denied and, accordingly, the matters raised in his letter are now moot.

        Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                    /s/
                                                           Roger W. Titus
                                                           United States District Judge

Attachment